**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-02094-KAS

ANA CANEDO-LUNA,

 Petitioner,

v.

GEORGE VALDEZ, in his official capacity as Acting Field Office Director of the Denver Field Office for U.S. Immigration and Customs Enforcement,
GEO GROUP, INC.,
DAVID VENTURELLA, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,
U.S. DEPARTMENT OF IMMIGRATION AND CUSTOMS ENFORCEMENT,
MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security,
DEPARTMENT OF HOMELAND SECURITY, and
TODD BLANCHE, in his official capacity as Acting Attorney General of the United States,

 Respondents.

---

## JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Judgment is hereby entered.

Pursuant to the Order (ECF No. 17) by Magistrate Judge Kathryn A. Starnella entered on June 18, 2026, it is

ORDERED that the Court finds that Petitioner has now received the relief the Court granted to her and that no further proceedings in this matter are required.

IT IS FURTHER ORDERED that Petitioner is awarded her costs pursuant to D.C.COLO.LCivR 54.1.

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 2412(d)(1), Petitioner may, within 30 days of final judgment in the action, submit to the Court an application for fees and other expenses that shows that Petitioner is the prevailing party and is eligible to receive an award under that statutory provision.

IT IS FURTHER ORDERED that the Clerk of Court is directed to terminate this case.

Dated this 15th day of July, 2026.

FOR THE COURT:
JEFFREY P. COLWELL

By: _____
S. Price Deputy Clerk